UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Teresa Rodriguez,

               Plaintiff,

               -against-

The Home Depot U.S.A., Inc. et ano.,

               Defendant.
------------------------------------------------------------x

**ORDER**

03-CV-1213 (DLI)

**DORA L. IRIZARRY, U.S. District Judge:**

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that jury selection and trial, previously scheduled for Monday, July 25, 2005 at 9:30 AM is cancelled. It is further

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

DATED:    Brooklyn, New York
              July 18, 2005

                                          DORA L. IRIZARRY
                                          United States District Judge